JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN VIRGINIA ARZU, | Case No. CV 16-4665-SP |
| Plaintiff, | **JUDGMENT** |
| v. | |
| NANCY A. BERRYHILL, Deputy Commissioner for Operations, | |
| Defendant. | |

Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: May 31, 2018

SHERI PYM
United States Magistrate Judge